

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| IN THE MATTER OF THE SEARCH OF:<br>Detached Garage at 4700 Mullan Road, Missoula, Montana 59808 | MJ-19- 58 -M-KLD<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit for Search Warrant, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 10th day of September, 2019.

Kathleen L. DeSoto
United States Magistrate Judge
Missoula, Montana

1